RECVD'06 FEB 28 16:15 USDC-ORP    FILED'06 MAR 01 09:58 USDC-ORP

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| ROBERT DASHAUN PETERS,<br><br>Petitioner,<br><br>vs.<br><br>JEAN HILL,<br><br>Respondent. | Civ. No. 05-981-ST<br><br>**ORDER DISMISSING HABEAS CORPUS PETITION** |

This matter having come before the Court on the motion of the Petitioner to voluntarily dismiss his habeas corpus petition,

IT IS HEREBY ORDERED that the Petition for a Writ of Habeas Corpus is dismissed without prejudice. In the event that the decision in *Blakely v. Washington*, 124 S.Ct. 2531 (2004), is later made retroactive to cases on collateral review, Petitioner has leave to reopen this case only as to the *Blakely* issues, and the limitations period shall be deemed tolled from

June 23, 2005, until sixty days after the date of the decision rendering *Blakely* retroactively applicable. If *Blakely* is made retroactive and the Petitioner moves to reopen this case during the above-referenced 60-day period, Petitioner may also amend the Petition as of right so as to properly plead all *Blakely*-based claims in this Court.

    IT IS SO ORDERED this ___ day of March, 2006.

                                           _____
                                           The Honorable Janice M. Stewart
                                           U.S. District Magistrate Judge

Submitted by:

_____
Thomas J. Hester
Attorney for Petitioner

Lynn David Larsen (by consent)
Attorney for Respondent

CERTIFICATE OF SERVICE